# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALLEN J. BLACK, | 2:13-cv-1258-LDG-VCF |
| Plaintiff, | ORDER |
| v. | |
| CAROLYN W. COLVIN, | |
| Defendant. | |

Before the court is the magistrate judge's report and recommendation that plaintiff's motion for reversal (#14) be denied, and defendant's cross-motion to affirm (#15) be granted. Plaintiff has not filed objections to the report and recommendation. The court has reviewed the report and recommendation and concludes that the magistrate judge's analysis is sound. Furthermore, in the absence of any objection to the report and recommendation, the court need not review de novo any factual determination made by the magistrate judge. See 28 U.S.C. § 636(b)(1)( c). Therefore,

THE COURT HEREBY ORDERS that the report and recommendation (#17) is ADOPTED.

THE COURT FURTHER ORDERS that plaintiff's motion for reversal (#14) is DENIED, and that defendant's cross-motion to affirm (#15) is GRANTED.

DATED this 14 day of October, 2015.

_____
Lloyd D. George
United States District Judge